Gmail                                                                 Emily Dimond <emilydimond48@gmail.com>

---

**USPS Case Confirmation For Service Request 63063369**
1 message

**USPS Customer Support** <uspscustomersupport@usps.gov>                                    Thu
To: "emilydimond48@gmail.com" <emilydimond48@gmail.com>



Dear Emily Dimond,

Thank you for contacting the United States Postal Service® and taking the time to share your concerns with us.

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
APR 19 2024
By NSCa   9:00 AM
DEPUTY CLERK

Your inquiry has been processed and assigned to Service Request #63063369 and has been forwarded to the appropriate management team for research and response.

We invite you to visit our Frequently Asked Questions page at: https://faq.usps.com/s/ for help with your future mailing and shipping needs.

Thank you again for bringing this to our attention, and for your patience while we investigate this matter.

Regards,

USPS

ref:!00Dj00GyYH.!500BY02CxwH:ref

Case # 24-60274
Emely + Mike Dimond
350 monacan park RD
madison Heights, VA 24572



63063369
post office
complaint Dept

2-3 day

Emily + Mike Dimond

Case # 24-60274

350 monacan park RD
monacan park RD
madison Heights VA
24572